Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the

Northern District of Florida

Pensacola Division

| | | |
|---|---|---|
| JOHN ELTON PIPER | ) | Case No. 5:20cv29-TKW/MJF |
| *Plaintiff(s)* | ) | *(to be filled in by the Clerk's Office)* |
| (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | ) ) ) ) | Jury Trial: *(check one)*  ☐ Yes  ☒ No |
| -v- | ) | |
| THOMAS B. MODLY Acting Secretary U. S. Department of the Navy | ) ) ) | |
| *Defendant(s)* | ) | |
| (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | | |

## COMPLAINT FOR A CIVIL CASE

**I.  The Parties to This Complaint**

    **A.  The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | John E. Piper |
| Street Address | 3918 Wand St |
| City and County | Panama City Beach, Bay Co |
| State and Zip Code | FL  32408 |
| Telephone Number | 850 832 5727 |
| E-mail Address | johnepiper31@gmail.com |

FILED USDC FLND PN
JAN 23 '20 PM12:14

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**B.    The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Thomas B. Modly |
| Job or Title *(if known)* | Acting Secretary, U. S. Department of the Navy |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | Attorney for Navy -- Raymond Oldach |
| Job or Title *(if known)* | Legal Counsel |
| Street Address | 110 Vernon Ave |
| City and County | Panama City, Bay County |
| State and Zip Code | Florida 32407-7001 |
| Telephone Number | 850 234 4937 |
| E-mail Address *(if known)* | raymond.oldach@navy.mil |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

E-mail Address *(if known)*

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question   ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

5 USC 4303(a) "Actions based on unacceptable performance"
5 USC 2301(b)(9)(a) "Protected against reprisal" No FEAR Act
29 USC 621(a)(1) "Age discrimination" Employment Act of 1967
18 USC 1001(a) "Fraud and false statements"

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual
    The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation
    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

>    The defendant, *(name)* _____, is a citizen of
>    the State of *(name)* _____. Or is a citizen of
>    *(foreign nation)* _____.
>
>    b.  If the defendant is a corporation
>    The defendant, *(name)* _____, is incorporated under
>    the laws of the State of *(name)* _____, and has its
>    principal place of business in the State of *(name)* _____.
>    Or is incorporated under the laws of *(foreign nation)* _____,
>    and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.  The Amount in Controversy

    The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

---

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

The Plaintiff, Dr. John E. Piper, was a scientist at Naval Surface Warfare Center, Panama City for 18 years during which time he was first author for many published papers -- several of which have been ranked #1 by Google or the IEEE. Dr. Piper was removed by management since they claimed he worked for three years on a three-year long-range sonar project and did not finish it on time. A complaint was filed with the EEO Commission (EEOC No. 420-2018-00004X). There was overwhelming documentary and sworn evidence that another person had worked on this project the first 1.5 years and had accomplished nothing. Dr. Piper essentially finished the project during the next 1.5 years then wrote a technical report. During the case the Navy backed off from the claim that Dr. Piper had worked three years on the project. Chief Administrative Judge Julie Bean noted that there "are no material facts in dispute" and that the "evidence produced ... has been reviewed in the light most favourable to Complainant." Thus, the act to remove was fraudulant, malicious, and an abuse of power. The motivation to remove was seen as due to age discrimination (66 y.o.) and retaliation for a previous EEO complaint.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

It was the intent of the Plaintiff to work at least two more years; since at 20 years the pension increases by 10%, at 20 years one is eligible for a retirement bonus, and two more years increases the Social Security and Thrift Savings Plan benefits. Estimated economic damages are listed below.

    $200,000  Two years salary
      $25,000  Retirement bonus
    $100,000  Lost pension, SSA, and TSP benefits

The fact that management was fraudulant, malicious, and abused their power to prematurely end the Plaintiff's career should be considered in awarding punitive damages. This is particulary odious, since the Plantiff has demonstrated through his publications that his work is repeatedly world class. Suggested punitive damage is $100,000.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    01/22/2020

Signature of Plaintiff
Printed Name of Plaintiff   John E. Piper

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney

## CERTIFICATE OF SERVICE

I certify that on 22 January 2020, I electronically filed the foregoing COMPLAINT FOR A CIVIL CASE to the Agency Representative, Ray Oldach, in Panama City.

/s/ John E. Piper
John E. Piper
Plaintiff
3918 Wand St.`
Panama City Beach, FL 32408
Email: johnepiper31@gmail.com
Phone: (850) 832-5727

Case 5:20-cv-00029-TKW-MJF Document 1 Filed 01/23/20 Page 7 of 7

**PRIORITY MAIL**
FLAT RATE
POSTAGE REQUIRED

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

**PRIORITY MAIL**

FROM:
John Piper
3918 Wood St
P.C. Beach, FL 32408

CHECKED JAN 23 2020

TO:
US District Court
100 N Palafox St
Pensacola, FL
32502

Label 228, March 2016          FOR DOMESTIC AND INTERNATIONAL USE

PRESS FIRMLY TO SEAL

**UNITED STATES POSTAL SERVICE**

mPOS

US POSTAGE PAID
$7.35
0006

PRIORITY MAIL 1-Day®

Origin: 32407
Destination: 32502
Flat Rate
Jan 22, 20
XX0VJ17200115

EXPECTED DELIVERY DAY: 1/28/2020

USPS TRACKING® NUMBER

9505 5168 6631 0022 0058 37

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP

- Date of deli
- USPS TRACK international
- Limited inter
- Pick up available.*
- Order supplies online.*
- When used internationally, a customs declaration label may be required.

* Domestic only

EP14F Oct 2018
OD: 12 1/2 x 9 1/2

PS00001000014

* Domestic only.    × For Domestic shipments, the maximum weight is 70 lbs. For International shipments, the maximum weight is 4 lbs.